STADELBAUER and another, Appellants, vs. CITY OF MAYVILLE and another, Respondents.

For the appellants: *Scheinfeld, Collins, Durant & Winter* of Milwaukee.

For the respondents: *George C. Wheeler* of Mayville and *Lueck, Skupniewitz & Lueck* of Beaver Dam.

*By the Court.*—Judgment affirmed.

PAQUE and another, Appellants, vs. KNAUS, Respondent: BUTH, Impleaded Defendant.

For the appellants: *Everson, Ryan & Hanaway* of Green Bay.

For the respondent: *North, Bie, Duquaine, Welsh & Trowbridge* of Green Bay.

*By the Court.*—Judgment affirmed.

MARYLAND CASUALTY COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION and another, Respondents.

For the appellants: *James E. Coleman,* attorney, and *John S. Barry* of counsel, both of Milwaukee.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent Harold Wesela: *Samuel J. Schrinsky* of Milwaukee.

*By the Court.*—Judgment affirmed.